WILLIAM J. DORAN, Respondent, *v.* THE BROOKLYN AND NEW YORK FERRY COMPANY, Appellant.

(Submitted April 14, 1893; decided May 2, 1893.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made May 23, 1892, which modified, and affirmed as modified, a judgment in favor of plaintiff, entered upon a verdict.

*James* and *Thomas H. Troy* for appellant.

*William J. Driscoll* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

WILLIAM A. C. MATTHIE, Respondent, *v.* GEORGE A. DOWDEN, Appellant.

(Argued April 14, 1893; decided May 2, 1893.)

APPEAL from judgment of the General Term of the Court of Common Pleas, entered upon an order made May 11, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*James A. Dennison* for appellant.

*William B. Ellison* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.